UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. SNIDER, | No. C 07-4311 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| BEN CURRY, warden, | |
| Respondent. | |

The petition is dismissed without leave to amend for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 15, 2007

Marilyn Hall Patel
United States District Judge