UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. SNIDER, | No. C 07-4311 MHP (pr) |
| Petitioner, | **ORDER** |
| v. | |
| BEN CURRY, warden, | |
| Respondent. | |

Petitioner's motion to proceed <u>in forma pauperis</u> on appeal is DENIED for failure to provide the information required by Federal Rule of Appellate Procedure 24(a)(1)(B) & (C). (Docket # 7.) This denial is without prejudice to him filing a request in the Ninth Circuit Court of Appeals to proceed <u>in forma pauperis</u> on appeal. <u>See</u> Fed. R. App. P. 24(a)(5).

IT IS SO ORDERED.

DATED: January 31, 2008

Marilyn Hall Patel
United States District Judge